UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>A. TORRES, et al.,<br><br>Defendants. | No. 2:21-cv-2296 JAM KJN P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On December 28, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

In the title of his objections, plaintiff includes "Motion to Take Judicial Notice." (ECF No. 5 at 1.) Plaintiff claims he "has requested appointment of counsel," but no such motion has been filed in this action. Plaintiff provides no case number or other information to support his request for judicial notice. Therefore, such request is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2021, are adopted in full;

2. Plaintiff's motion to proceed in forma pauperis is denied;

3. Plaintiff is granted fourteen days from the service of this order in which to pay the $402.00 filing fee;

4. The motions included in his complaint are denied without prejudice until after plaintiff pays the filing fee; and

5. Plaintiff's motion for judicial notice (ECF No. 5) is denied.

Dated: February 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE