1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND ALFORD BRADFORD,              No.  2:21-cv-2296 JAM KJN P

12              Plaintiff,

13         v.                              FINDINGS AND RECOMMENDATIONS

14   A. TORRES, et al.,

15              Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, sustained three strikes under 28 U.S.C.

18   § 1915(g).  Bradford v. German, No 1:15-cv-1511 LJO BAM (E.D. Cal. Oct. 14, 2015).  The

19   undersigned recommended that plaintiff's motion for in forma pauperis status be denied, and

20   plaintiff be required to pay the court's filing fee in full.  (ECF No. 4.)  By an order filed February

21   10, 2022, the district court adopted the recommendations and ordered plaintiff to pay, within

22   fourteen days, the appropriate filing fee.  On March 16, 2022, plaintiff's motion for

23   reconsideration was denied.

24         Fourteen days from March 16, 2022, have now passed, and plaintiff has not paid the

25   court's filing fee.

26         In accordance with the above, IT IS HEREBY RECOMMENDED that this action be

27   dismissed without prejudice.

28   ////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 6, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brad2296.fpf

2